IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SALLY MARIE LASHLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CV 20-48-BLG-TJC<br><br>**ORDER** |

Based upon the stipulation of the parties (Doc. 21), IT IS HEREBY ORDERED that the Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings, a new hearing, and a new decision under sentence four of 42 U.S.C. § 450(g).  See *Shalala v. Schaefer*, 509 U.S. 292 (1993).

On remand to the Commissioner of Social Security for a de novo hearing, the Commissioner will direct the Administrative Law Judge to reconsider the medical opinions, including the opinions of Dr. Nichol and Ms. Lyson; reconsider the claimant's residual functional capacity; reconsider the claimant's credibility; reconsider whether the claimant met a Listing; reconsider whether the claimant can perform her past relevant work or other work in the national economy; if necessary, to obtain supplemental evidence from a vocational expert; and to issue a

new decision. The claimant shall have the opportunity to submit new evidence and make new arguments.

Upon proper application, Plaintiff may seek an award of reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 20th day of November, 2020.

                                                                              _____
                                                          TIMOTHY J. CAVAN
                                                          United States Magistrate Judge